IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sapphire Crossing LLC**, | Case No. 1:18-cv-07277 |
| Plaintiff, | Hon. Ruben Castillo |
| v. | Jury Trial Demanded |
| **Groupon, Inc.** | |
| Defendant. | |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Sapphire Crossing LLC ("Sapphire") hereby notifies the Court that the parties have reached an agreement in principle that will resolve all pending claims between them. Accordingly, Sapphire files this unopposed motion for a stay of all pending deadlines, until and including February 4, 2019 so that the parties may finalize their agreement and submit dismissal papers. This stay is not sought for the purpose of delay but so that justice may be served.

Dated December 27, 2018            Respectfully Submitted,

                                            */s/ Isaac Rabicoff*
                                            Isaac Rabicoff
                                            Kenneth Matuszewski
                                            **RABICOFF LAW LLC**
                                            73 W. Monroe St.
                                            Chicago, IL 60603
                                            (773) 669-4590
                                            isaac@rabilaw.com
                                            kenneth@rabilaw.com

                                            **ATTORNEYS FOR SAPPHIRE CROSSING LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 27, 2018.

                                                    */s/* Isaac Rabicoff
                                                    Isaac Rabicoff

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on December 27, 2018 and that Defendant does not oppose this motion.

                                                  */s/ Isaac Rabicoff*
                                                  Isaac Rabicoff